UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RACHEL MASTRIANO,<br>  Plaintiff, | : | CASE NO. 3:18-CV-01852-SRU |
| v. | : | |
| NEXSTAR MEDIA GROUP, INC. d/b/a<br>NEXSTAR BROADCASTING, INC.,<br>NEXSTAR BROADCASTING GROUP, INC.<br>AND NEXSTAR BROADCASTING INC. &<br>WTNH-TV,<br>  Defendants. | : | DECEMBER 3, 2019 |

## JOINT MOTION TO TOLL DEADLINES PENDING SETTLEMENT

Pursuant to the Parties' Joint Status Report (Dkt. No. 24), the Parties have reached a settlement agreement in this matter. The Parties request forty-five (45) days to effectuate settlement, and, in the abundance of caution, request that all deadlines be tolled during this 45-day period.

Respectfully submitted,

DEFENDANTS, NEXSTAR MEDIA GROUP, INC. d/b/a NEXSTAR BROADCASTING, INC., NEXSTAR BROADCASTING GROUP, INC. AND NEXSTAR BROADCASTING INC. & WTNH-TV

By: */s/ Alexa M. Farmer*
   Sarah R. Skubas (ct28327)
   Sarah.Skubas@jacksonlewis.com
   Alexa M. Farmer (ct30052)
   Alexa.Farmer@jacksonlewis.com
   Jackson Lewis P.C.
   90 State House Square, 8th Floor
   Hartford, CT  06103
   P:  (860) 522-0404
   F:  (860) 247-1330

PLAINTIFF,

By: */s/ Heena Kapadia*
Heena Kapadia, Esq. (ct 11869)
hkapadia@heenakapadialaw.com
Law Office of Heena Kapadia, LLC
572 White Plains Road
Trumbull, CT 06611
P: (203) 288-8006
F: (203) 261-8420

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on December 3, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Alexa M. Farmer*
Alexa M. Farmer